005-001-00

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| ABLE CARTAGE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STRATEGIC OUTSOURCING, INC., ) <br> ) <br> Defendant. ) | NO. 1:04-1039-T-An |

### ORDER AMENDING SCHEDULING ORDER

Defendant has filed a Motion to Amend the Scheduling Order previously entered by this Court. Upon review of the Motion and Certificate of Consultation, the motion is well-taken and should be granted. It is, therefore,

ORDERED that the deadline for the filing of dispositive motions in this case be extended from April 15, 2005, to April 22, 2005.

IT IS SO ORDERED.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 04-18-05

Respectfully submitted,

Blakeley D. Matthews, Esq.
Ben M. Rose, Esq.
CORNELIUS & COLLINS, LLP
Suite 1500, Nashville City Center
511 Union Street
P. O. Box 190695
Nashville, Tennessee 37219
(615) 244-1440

Attorneys for the Defendant, Strategic Outsourcing, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing has been sent by First Class U.S. Mail, postage prepaid, to Donald G. Glenn, 106 Stonebridge Boulevard, Jackson, Tennessee 38305, on this 14th day of April, 2005.

Ben M. Rose, Esq.

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:04-CV-01039 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

Blakely D. Matthews
CORNELIUS & COLLINS, LLP
511 Union St., Ste. 1500
P.O. Box 190695
Nashville, TN 37219--069

Ben M. Rose
CORNELIUS & COLLINS
511 Union Street
Ste. 1500
Nashville, TN 37219--069

Donald D. Glenn
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Thomas I. Carlton
CORNELIUS & COLLINS
511 Union Street
Ste. 1500
Nashville, TN 37219--069

William B. Mauldin
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT