005-001-00

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| ABLE CARTAGE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:04-1039-T-An |
| | ) | |
| STRATEGIC OUTSOURCING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AMENDING SCHEDULING ORDER

Defendant has filed a Motion to Amend the Scheduling Order previously entered by this Court. Upon review of the Motion and Certificate of Consultation, the motion is well-taken and should be granted. It is, therefore,

ORDERED that the deadline for the filing of dispositive motions in this case be extended from April 22, 2005, to April 29, 2005.

IT IS SO ORDERED.

S/ Thomas Anderson
_____
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on __04-28-05__

Respectfully submitted,

PENTECOST, GLENN & RUDD, PLLC

By: _____
Donald D. Glenn (#18000)
William B. Mauldin (#022912)
Attorneys for Able Cartage, Inc.
106 Stonebridge Blvd
Jackson, TN  38305
(731) 668-5995

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of this pleading or paper personally or by mail upon each attorney or firm of attorneys appearing of record for each adverse party or each *pro se* party on or before the filing date thereof.

DATED: This the ___22___ day of April, 2005.

PENTECOST, GLENN & RUDD, PLLC

By: _____
Donald D. Glenn (#18000)
William B. Mauldin (#022912)
Attorneys for Able Cartage, Inc.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 1:04-CV-01039 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Thomas I. Carlton
CORNELIUS & COLLINS
511 Union Street
Ste. 1500
Nashville, TN 37219--069

Donald D. Glenn
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Blakely D. Matthews
CORNELIUS & COLLINS, LLP
511 Union St., Ste. 1500
P.O. Box 190695
Nashville, TN 37219--069

William B. Mauldin
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Ben M. Rose
CORNELIUS & COLLINS
511 Union Street
Ste. 1500
Nashville, TN 37219--069

Honorable James Todd
US DISTRICT COURT