# United States District Court

WESTERN DISTRICT OF TENNESSEE
Eastern Division



FILED BY _____ D.C.
05 SEP -7 PM 12: 32
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, JACKSON

| | |
|---|---|
| ABLE CARTAGE, INC. | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| STRATEGIC OUTSOURCING, INC.0 | CASE NUMBER:   04-1039-T/An |

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 09/06/05, Plaintiff's motion for summary judgment is DENIED and Defendant's motion for summary judgment is GRANTED. This case is hereby DISMISSED.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

9-07-05          BY: _____
DATE                    DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  9-07-05 .

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 1:04-CV-01039 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Thomas I. Carlton
CORNELIUS & COLLINS
511 Union Street
Ste. 1500
Nashville, TN 37219--069

Ben M. Rose
CORNELIUS & COLLINS
511 Union Street
Ste. 1500
Nashville, TN 37219--069

William B. Mauldin
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Blakely D. Matthews
CORNELIUS & COLLINS, LLP
511 Union St., Ste. 1500
P.O. Box 190695
Nashville, TN 37219--069

Donald D. Glenn
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT